August 28, 2014



# JUDGMENT

## The Fourteenth Court of Appeals

THE UNIVERSITY OF TEXAS MEDICAL BRANCH (UTMB), Appellant

NO. 14-13-00676-CV                    V.

DEBBRA CLARKE, Appellee

_____

This cause, an interlocutory appeal from the trial court's order in favor of appellee, Debbra Clarke, denying UTMB's section 74.351(b) motion to dismiss, signed July 26, 2013, was heard on the transcript of the record. We have inspected the record and find error in the trial court's order denying UTMB's section 74.351(b) motion to dismiss. We therefore order the trial court's order denying UTMB's section 74.351(b) motion to dismiss **REVERSED** and **REMAND** the cause for proceedings in accordance with the court's opinion.

We further order that all costs incurred by reason of this appeal be paid by appellee, Debbra Clarke.

We further order this decision certified below for observance.